IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DEMETRICE L. WILLIAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 05-0025-P-M |
| ) | |
| JO ANNE B. BARNHART, Commissioner ) | |
| of Social Security, ) | |
| ) | |
| Defendant. ) | |

ORDER MODIFYING AND ADOPTING THE REPORT AND
RECOMMENDATION OF THE MAGISTRATE JUDGE

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made pursuant to 28 U.S.C. § 636(b)(1)(B) and dated August 22, 2005 (doc.14), is hereby MODIFIED and ADOPTED as the opinion of this court.

The modification is as follows: At page 2, paragraph 2, line 4, delete "For further procedures not inconsistent with this report, see *Shalala v. Shaefer,* 509 U.S. 292 (1993)."

Accordingly, with this modification, it is ORDERED that the Report and Recommendation of the Magistrate Judge (doc.14), be and is hereby ADOPTED as the opinion of this court and that defendant's Motion for Entry of Judgment Under Sentence Four of 42 U.S.C. § 405(g) With Remand of the Cause to the Defendant (doc.13), be and is hereby GRANTED.

It is further ORDERED that this action be and is hereby REMANDED to the Social Security Administration, pursuant to sentence four of 42 U.S.C. § 405(g), see Melkonyan v. Sullivan, 501 U.S.

89 (1991), for further administrative proceedings consistent with this opinion (see doc.14, p.1-2).

This Remand pursuant to sentence four of § 405(g), makes plaintiff a prevailing party under the Equal Access to Justice Act, 28 U.S.C. § 2412, see Shalala v. Schaefer, 509 U.S. 292 (1993), and terminates this court's jurisdiction over the matter.

DONE the 19th day of September, 2005.

S/Virgil Pittman
SENIOR UNITED STATES DISTRICT JUDGE