IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

DEMETRICE L. WILLIAMS,                     )
                                           )
         Plaintiff,                        )
                                           )
vs.                                        )          CIVIL ACTION NO. 05-0025-P-M
                                           )
JO ANNE B. BARNHART, Commissioner          )
of Social Security,                        )
                                           )
         Defendant.                        )

## JUDGMENT

In accordance with this court's Order entered this date, it is hereby ORDERED, ADJUDGED,

and DECREED that this action is hereby REMANDED to the Social Security Administration, pursuant

to sentence four of 42 U.S.C. § 405(g), see Melkonyan v. Sullivan, 501 U.S. 89 (1991), for further

administrative proceedings consistent with this opinion (see doc.14, p.1-2).

This Remand pursuant to sentence four of § 405(g), makes plaintiff a prevailing party under the

Equal Access to Justice Act, 28 U.S.C. § 2412, see Shalala v. Schaefer, 509 U.S. 292 (1993), and

terminates this court's jurisdiction over the matter.

DONE the 19th day of September, 2005.


     S/Virgil Pittman
     SENIOR UNITED STATES DISTRICT JUDGE